UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. GADDY,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>SUPERIOR COURT OF CALIFORNIA, et al.,<br><br>　　　　　　Respondents. | No. 1:21-cv-01270-DAD-SKO (HC)<br><br>ORDER REGARDING PETITIONER'S NOTICE<br><br>(Doc. 12) |

　　　　Petitioner filed a habeas petition in this Court on August 20, 2021.  The petition was dismissed on October 13, 2021, and the case was closed.  On November 2, 2023, Petitioner filed a notice to the Court wherein Petitioner states he was informed by an attorney that he has been labeled "*persona non grata*" in the instant case, and he was directed to contact the Court to resolve it.

　　　　Petitioner is advised that he was not labeled *persona non grata* in this case.  That terminology has no relationship or relevance to his habeas case.  It is unclear how or why Petitioner was informed he had been labeled so, but it is simply wrong.

/////

1

**ORDER**

Accordingly, Petitioner's request is granted and he is advised that the Court did not declare him *persona non grata*.

IT IS SO ORDERED.

Dated:  **November 6, 2023**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE